UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jessie Lee,

        Plaintiff,

v.

Wayne County, et al.,

        Defendants.
_____/

Case No. 11-10209

ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

MAGISTRATE JUDGE
MICHAEL HLUCHANIUK

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION [28]
and
GRANTING DEFENDANTS' MOTION TO DISMISS [9]**

On January 19, 2012, Magistrate Judge Hluchaniuk issued a Report and Recommendation [28] that Defendant City of Detroit's and Steven C. Walton's Motion to Dismiss [9] should be granted. No objection was filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss [9] is **GRANTED**. All claims against Defendant City of Detroit and Defendant Steven C. Walton are **DISMISSED**.

**SO ORDERED**.

                                s/Arthur J. Tarnow
                                ARTHUR J. TARNOW
                                SENIOR UNITED STATES DISTRICT JUDGE

Dated: February 6, 2012

_____

**CERTIFICATE OF SERVICE**

I hereby certify on February 6, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 6, 2012: **Jessie Lee.**

                                s/Michael E. Lang
                                Deputy Clerk to
                                District Judge Arthur J. Tarnow
                                (313) 234-5182